IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL SIGNAL CORPORATION, FEDERAL SIGNAL TECHNOLOGIES, LLC, and FEDERAL SIGNAL OF TEXAS CORP. (F/K/A SIRIT CORP.), <br><br> Defendants. | Civil Action No:1:11-CV-00672 (LPS) <br><br> **JURY TRIAL DEMANDED** |
| AND RELATED COUNTERCLAIMS | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS, WITH PREJUDICE, ALL CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFF AND DEFENDANTS**

The Court hereby grants the Joint Motion for Dismissal, with prejudice, of all Claims and Counterclaims between Plaintiff Neology, Inc. ("Neology") and Defendants Federal Signal Corporation, Federal Signal Technologies, LLC (now known as FS Sub, LLC), and Federal Signal of Texas Corp. (formerly known as Sirit Corp.) (collectively, "Federal Signal"). All pending claims and counterclaims asserted in this action by Neology against Federal Signal and asserted by Federal Signal against Neology are hereby dismissed with prejudice. The parties shall bear their own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Date: June 25, 2013

_____
Hon. Leonard P. Stark
U.S. District Court Judge

4